DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Larry Escobedo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-00230 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | |
| LARRY ESCOBEDO, | Date: July 30, 2012<br>Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Larry Escobedo, that the date for sentencing may be continued to July 30, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is July 23, 2012. The requested new date is July 30, 2012.**

The defendant's sentencing memorandum is due on July 16, 2012. The defense is requesting that sentencing be continued for one week because Mr. Escobedo is housed in the Kern County/Lerdo Detention Facility and counsel needs additional time to review the sentencing memorandum with Mr. Escobedo prior to filing. The government does not object to the requested continuance.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends

of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: July 13, 2012        By */s/ Kimberly A. Sanchez*
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: July 13, 2012        By */s/ Eric V. Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Larry Escobedo

# **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

     IT IS SO ORDERED.

**Dated:   July 13, 2012**         /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE