BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00230-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| LARRY ESCOBEDO, | |
| Defendant. | |

   WHEREAS, on May 23, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Larry Escobedo forfeiting to the United States the following property:

   a. North American Arms 22 long rifle
   b. Springfield Armory XD-40
   c. Ruger Red Hawk 41 Magnum
   d. Sprinfield Armory XD-40
   e. Saiga 12, 048-Russian America Armory Company
   f. Cobray SWD M-11/9, 9mm
   g. Silencer for Cobray SWD M-11/9, and all ammunition seized in this case.

///

///

1     AND WHEREAS, beginning on May 26, 2012, for at least 30
2 consecutive days, the United States published notice of the Court's
3 Order of Forfeiture on the official internet government forfeiture
4 site www.forfeiture.gov. Said published notice advised all third
5 parties of their right to petition the Court within sixty (60) days
6 from the first day of publication for a hearing to adjudicate the
7 validity of their alleged legal interest in the forfeited property;

8     AND WHEREAS, the Court has been advised that no third party has
9 filed a claim to the subject property and the time for any person or
10 entity to file a claim has expired.

11     Accordingly, it is hereby ORDERED and ADJUDGED:

12     1.  A Final Order of Forfeiture shall be entered forfeiting to
13 the United States of America all right, title, and interest in the
14 above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.
15 § 2461(c), to be disposed of according to law, including all right,
16 title, and interest of Larry Escobedo.

17     2.  All right, title, and interest in the above-listed property
18 shall vest solely in the name of the United States of America.

19     3.  The Bureau of Alcohol, Tabocco, Firearms and Explosives
20 shall maintain custody of and control over the subject property until
21 it is disposed of according to law.

**IT IS SO ORDERED.**

**Dated:   August 30, 2012**                    /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE