IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:11-cr-00230-DC |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| LARRY ESCOBEDO | ) | |
| Defendant. | ) | |
| | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel. He appeared in the Fresno Division on February 23, 2026. The Federal Defender would like to panel this case.

Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Tamara Soloman is appointed to represent the above defendant in this case effective *nunc pro tunc* to February 24, 2026.

This appointment shall remain in effect until further order of this court.

Dated: February 25, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-