LAW OFFICE OF TAMARA L. SOLOMAN
TAMARA SOLOMAN. CA SBN 183841
901 H Street, Suite 400
Sacramento, CA 95814
Telephone:  (916) 712-8962

Attorney for Defendant
LARRY ESCOBEDO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:11-CR-00230-DC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE AND SET ADMIT/DENY HEARING |
| v. | |
| LARRY ESCOBEDO, | |
| Defendant | |

**STIPULATION**

1. By previous order, this matter was set for a status conference on March 16, 2026 on the Duty Magistrate's calendar.

2. By this stipulation, defendant now requests to set the case for an admit or deny hearing on May 8, 2026 at 9:30 AM.  This hearing is to be held on Judge Coggin's normal calendar.

STIPULATION AND ORDER                                                    1

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  March 9, 2026

/s/ Tamara Soloman___
TAMARA SOLOMAN
Attorney for Defendant
LARRY ESCOBEDO

Dated: March 9 , 2026

/s/ Nicholas Karp_____
NICHOLAS KARP
Assistant US Attorney
Attorney for Plaintiff

STIPULATION AND ORDER

2

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on March 9, 2026 (Doc. No. 44), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference set for March 16, 2026, before Magistrate Judge Carolyn K. Delaney is VACATED and a Violation (Admit/Deny) Hearing is set for May 8, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.


IT IS SO ORDERED.

Dated:    **March 9, 2026**                                    _____

Dena Coggins
United States District Judge

STIPULATION AND ORDER                                    3