ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00230-DC |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| v. | DATE: May 8, 2026 |
| LARRY ESCOBEDO, | TIME: 9:00 a.m. |
| Defendant. | |

This case is set for an admit/deny hearing on a petition for violation of supervised release on May 8, 2026. The parties agree and stipulate to continue the admit/deny hearing until May 22, 2026.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for admit/deny hearing on a supervised release violation on May 8, 2026.

2.      On May 6, 2026, the Probation Office alerted the United States and Defendant that Defendant will have his initial appearance on a superseding petition for violation of supervised release before the duty Magistrate Judge on Thursday, May 7, 2026.

3.      Counsel for Defendant is currently engaged in a jury trial in State Court in Sacramento County.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

4.    Defendant wishes to have additional time to review the superseding petition and discovery with his counsel prior to deciding whether to admit or deny any additional violations contained within the superseding petition.

5.    The United States does not object to the continuance.

6.    By this stipulation, Defendant now moves to continue the status conference until **May 22, 2026, at 9:00 a.m**.

7.    No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated:  May 6, 2026                                         ERIC GRANT
                                                           United States Attorney


                                                           /s/ NICHOLAS ENRICO KARP
                                                           NICHOLAS ENRICO KARP
                                                           Assistant United States Attorney


Dated:  May 6, 2026                                         /s/ TAMARA SOLOMAN
                                                           TAMARA SOLOMAN
                                                           Counsel for Defendant
                                                           LARRY ESCOBEDO

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on May 6, 2026 (Doc. No. 48), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Violation (Admit/Deny) Hearing scheduled for May 8, 2026, is VACATED and RESET for May 22, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **May 7, 2026**    _____

Dena Coggins
United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

3