UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LARRY ESCOBEDO,<br><br>　　　　Defendant. | No.  1:11-CR-00230-DC<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release LARRY ESCOBEDO;

Case No. 1:11-CR-00230-DC, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

__X__ (Other): <u>The Defendant shall be released from the U.S. Marshal's Custody</u> <u>on May 26, 2026 at 6:00 a.m. with a 30-day supply of all prescribed medications</u> <u>(or as much of a supply that can be made available on this short notice); The</u> <u>Defendant shall be released to Fred Martinez for direct transportation to the</u> <u>Salvation Army Adult Rehabilitation Center, 622 N. Sacramento Street, Lodi, CA</u> <u>95240</u>.

Issued at Sacramento, California on _May 22, 2026_, at _1:15 p.m._

Dena M. Coggins
United States District Judge