LAW OFFICE OF TAMARA L. SOLOMAN
TAMARA SOLOMAN. CA SBN 183841
901 H Street, Suite 400
Sacramento, CA 95814
Telephone: (916) 712-8962

Attorney for Defendant
LARRY ESCOBEDO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LARRY ESCOBEDO,<br>Defendant | CASE NO. 1:11-CR-00230-DC<br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

**STIPULATION**

1. By previous order, this matter was set for a sentencing hearing on August 7, 2026.
2. By this stipulation, defendant now requests to set the case for a sentencing hearing on November 6, 2026. Mr. Escobedo is currently in the Salvation Army program and doing really well. He has an opportunity to do a camping retreat in Santa Cruz. Probation and the AUSA agree to continue the sentencing hearing. This hearing is to be held on Judge Coggin's normal calendar.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 25, 2026

/s/ Tamara Soloman___
TAMARA SOLOMAN
Attorney for Defendant
LARRY ESCOBEDO

Dated: July 25 , 2026

/s/ Brendan Daly_____
BRENDAN DALY
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on July 27, 2026 (Doc. No. 58), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Revocation (Disposition) Hearing scheduled for August 7, 2026, is VACATED and RESET for November 6, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge